## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION AT LEXINGTON

JEREL CLANNEY                                :

      Plaintiff                          :

v.                                           :

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON
                                             :

      Defendant

CASE NO. 5:18-CV-620-CHB

Judge Claria Horn Boom

**<u>STIPULATION OF DISMISSAL</u>**
**<u>WITH PREJUDICE</u>**

---

Now come the parties, by and through their undersigned counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1), and hereby stipulate and agree that all claims in the within matter are dismissed **WITH PREJUDICE**.  Each party to bear its own attorney's fees and costs.

Approved:


*/s/ Joseph P. McDonald*

---

Joseph P. McDonald
McDonald & McDonald Co., L.P.A.
200 E. Spring Valley Rd., Suite A
Dayton, OH  45458
Tel: (937) 428-9800
Fax: (937) 347-5441
joseph@mcdonaldandmcdonald.com
Attorney for Plaintiff

*/s/ Eric Mathisen with consent*

---

Eric Mathisen, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart P.C.
56 S. Washington St., Suite 302
Valparaiso, IN  46383
Tel: (219) 242-8666
Fax: (219) 242-8669
eric.mathisen@ogletree.com
Attorney for Defendant, Liberty Life Assurance
Company of Boston

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing Stipulation of Dismissal with Prejudice was filed electronically this <u>14th</u> day of May, 2019. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.


*/s/ Joseph P. McDonald*

_____

Joseph P. McDonald (0055230)