UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JEREL CLANNEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:18-CV-620-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL WITH** |
| LIBERTY LIFE ASSURANCE | ) | **PREJUDICE** |
| COMPANY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Stipulation of Dismissal [R.24] of each of plaintiff's claims against all parties in this matter, signed by all parties who have appeared pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii).  Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. This matter is **DISMISSED WITH PREJUDICE**, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 20th day of May, 2019.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY